1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030

4 | Tel:  626-799-9797
Fax:  626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J Sports Productions, Inc., | Case No. 1:12-cv-01853-LJO-MJS |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER (Proposed) |
| Ramon De La Cruz Ronquilo, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, ***without prejudice,*** defendants Ramon De La Cruz Ronquilo and Arlene M. Ronquilo, individually and d/b/a Ralene's Filipino Cuisine.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: June 27, 2013          /s/  Thomas P. Riley
                              **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

**ORDER**

It is hereby ordered that civil action number 1:12-cv-01853-LJO-MJS styled *J & J Sports Productions, Inc. v. Ramon De La Cruz Ronquilo, et al.*, is dismissed **without prejudice**.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **June 27, 2013**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE